AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

_____*****_____DISTRICT OF___NEVADA_____

JERRY HOOKS,

                 Plaintiff,                    **JUDGMENT IN A CIVIL CASE**

   V.

                                            CASE NUMBER: **3:11-CV-00240-LRH-RAM**

TODD DIXION, et al.,

                 Defendants.

___    **Jury Verdict.** This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

___    **Decision by Court.** This action came to trial or hearing before the  Court.  The issues have been tried or heard and a decision has been rendered.

_X_    **Decision by Court.** This action came to be considered before the Court.  The issues have been considered and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** that this action is DISMISSED WITH PREJUDICE as to all claims and defendants.

   _5/12/2011_                                       **LANCE S. WILSON**
                                                       Clerk

                                        _/s/ P. McDonald_
                                             Deputy Clerk